Rowe, Appellant, *v.* Wiconisco Township
Highway Department et al.

Argued
March 15, 1966. *Gibson Smith, Jr.,* for appellant;
*Clyde M. Hughes, Jr.,* Assistant Attorney General, with
him *Walter E. Alessandroni,* Attorney General, for
Commonwealth, appellee.

Order affirmed.

Weitkamp Unemployment Compensation Case.

Argued March 14, 1966. *John R. Gailey, Jr.,* with him
*Dell'Alba, Gailey & Gilbert,* for claimant, appellant;
*Sydney Reuben,* Assistant Attorney General, with him
*Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.